IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-02463-MSK-MJW

ALEX IGLESIAS,

    Plaintiff,

v.

UNITED AIR LINES, INC.,

    Defendant.

---

## ORDER OF RECUSAL
---

THIS MATTER arises *sua sponte*. The undersigned finds that grounds exist pursuant to 28 U.S.C. § 455 and the CODE OF CONDUCT FOR UNITED STATES JUDGES which require her recusal in this matter due to a close, personal friendship with an attorney appearing in this matter. Accordingly, it is

**ORDERED** that the undersigned judge hereby recuses herself from hearing this case. The Clerk shall randomly reassign this case to another judge of this Court and shall appropriately adjust the "draw" of future cases.

DATED this 30th day of September, 2013.

                                                  **BY THE COURT:**

                                                  *Marcia S. Krieger*

                                                  Marcia S. Krieger
                                                  United States District Court