IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02463-WYD-MJW

ALEX IGLESIAS,

Plaintiff,

v.

UNITED AIR LINES, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant United Airlines, Inc.'s Unopposed Motion to Amend Scheduling Order (Docket No. 29) is GRANTED. The Scheduling Order (Docket No. 21) is amended as follows:

Affirmative Expert Designation: extended to May 23, 2014;
Written Discovery Cut-Off: extended to May 29, 2014;
Rebuttal Expert Designation: extended to June 13, 2014;
Discovery Cut Off: extended to June 30, 2014; and
Dispositive Motion Deadline: extended to July 31, 2014.

It is FURTHER ORDERED that the Final Pretrial Conference set for August 14, 2014 at 9:30 a.m. is VACATED. The Final Pretrial Conference is RESET for September 22, 2014 at 10:00 a.m.

Date: March 17, 2014