IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   13-cv-02463-WYD-MJW

ALEX IGLESIAS,

   Plaintiff,

v.

UNITED AIR LINES, INC.,

   Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Stipulation for Dismissal With Prejudice filed April 8, 2014.  After a careful review of the Stipulation and the file, it is

ORDERED that the Stipulation for Dismissal With Prejudice (ECF No. 32) is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, each party to bear his or its own costs and attorneys' fees.

   Dated:  April 8, 2014

                                       BY THE COURT:

                                       s/ Wiley Y. Daniel
                                       Wiley Y. Daniel
                                       Senior United States District Judge